**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Valencia Amos,
Plaintiff(s),
v.
Zoox | Manpower Group Inc.,
Defendant(s).

Case No. 2:26-cv-01677-MMD-NJK

**Order**

[Docket No. 7]

Federal courts can authorize the commencement of any suit without prepayment of fees or security, by a person who submits an affidavit that includes a statement of all assets the person possesses, demonstrating he is unable to pay such costs or give such security. *See* 28 U.S.C. § 1915(a)(1). When a sufficient showing has not been made to that end, but where the circumstances show that immediate payment of the full filing fee may be impracticable or unjust, federal courts also have the discretion to allow a payment plan for the filing fee. *See Aga v. Steele*, 2008 WL 11344907, at *2 (D. Haw. Sept. 16, 2008); *see also, e.g.*, *Olivares v. Marshall*, 59 F.3d 109, 111 (9th Cir. 1995).

In this case, the Court has previously cast doubt on Plaintiff's ability to qualify as a pauper given her significant annual income and has also explained that her applications were incomplete and, at times, inconsistent. *See* Docket Nos. 3, 6. Noting that Plaintiff appeared to be seeking as an alternative the formulation of a payment plan for the filing fee, the Court also provided Plaintiff the opportunity to file a motion for such relief. *See* Docket No. 6 at 2.

Pending before the Court is Plaintiff's motion for a payment plan, Docket No. 7, which the Court **GRANTS** given the circumstances of this case. Plaintiff is **ORDERED** to make payments to the Clerk's Office as follows: (1) July 31, 2026: $100; (2) August 31, 2026: $100; (3) September 30, 2026: $100; and (4) October 30, 2026: $105. Upon completion of this payment

schedule, Plaintiff must promptly file a notice that the filing fee has been paid in full. Plaintiff is cautioned that failing to make timely payments in accordance with the schedule set herein may result in dismissal of this case.

IT IS SO ORDERED.

Dated: July 17, 2026

______________________________
Nancy J. Koppe
United States Magistrate Judge