**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Valencia Amos,<br>Plaintiff(s),<br>v.<br>Zoox ǀ Manpower Group Inc.,<br>Defendant(s). | Case No. 2:26-cv-01677-MMD-NJK<br>**Order** |

Plaintiff has paid the filing fee. Docket Nos. 9-12. Accordingly, the Court **INSTRUCTS** the Clerk's Office to docket the complaint (Docket No. 1-1). Plaintiff must effectuate service within 90 days of issuance of this order. *See* Fed. R. Civ. P. 4(m). Failure to do so may result in dismissal.

IT IS SO ORDERED.

Dated: November 9, 2026

Nancy J. Koppe
United States Magistrate Judge